IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:15cr6-RH

ERIC BRIAN KLASE,

     Defendant.

_____/

## ORDER COMMITTING THE DEFENDANT

As set out on the record of the competency hearing on September 28, 2015, I find that the defendant Eric Brian Klase is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(d). This requires a commitment to the custody of the Attorney General. *See United States v. Donofrio*, 896 F.2d 1301 (11th Cir. 1990).

    IT IS ORDERED:

    1.    Mr. Klase is committed to the custody of the Attorney General for placement in a suitable facility for the reasonable period necessary to determine

whether there is a substantial probability that in the foreseeable future Mr. Klase will attain the capacity to permit the proceedings to go forward.

2. The period must not exceed four months. The period will run from Mr. Klase's arrival at the facility. Time in transit will be deemed time in pretrial detention.

3. If at the end of the period the court finds a substantial probability that within a reasonable additional period Mr. Klase will attain the capacity to permit the proceedings to go forward, Mr. Klase will remain in the Attorney General's custody for the additional reasonable period, until the earlier of these occurrences: (a) Mr. Klases's mental condition is so improved that trial may proceed, or (b) the pending charges are disposed of according to law.

4. If at the end of the period Mr. Klase's mental condition has not improved enough to permit proceedings to go forward and the court finds no substantial probability that Mr. Klase's mental condition will so improve, or if the director of the facility in which Mr. Klase has been placed certifies that Mr. Klase's mental condition is such that his release would create a substantial risk of harm to others, an appropriate order will be entered under 42 U.S.C. § 4246.

5. The clerk must provide copies of this order to the attorneys of record

and to the United States Marshals Service.

SO ORDERED on September 29, 2015.

s/Robert L. Hinkle  
United States District Judge