IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.:   5:15cr6/RH/EMT
      5:16cv156/RH/EMT

ERIC BRIAN KLASE

## REPORT AND RECOMMENDATION

This matter is before the court upon Defendant's Motion under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 43). Defendant has neither been convicted nor sentenced in this cause, as determination of his competency is still pending. While the contents of the motion may be relevant to the court's assessment of same, any request for relief pursuant to 28 U.S.C. § 2255 is premature, and the instant motion should be dismissed without prejudice.

Based on the foregoing, it is respectfully **RECOMMENDED**:

The motion to vacate, set aside, or correct sentence (ECF No. 43) be **DISMISSED without prejudice**.

**DONE AND ORDERED** this 10th day of June 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.