IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   CASES NO.  5:15cr6-RH
   5:16cv146-RH/EMT

ERIC BRIAN KLASE,

     Defendant.

_____/

### ORDER DENYING THE § 2255 MOTION AND
### DENYING A CERTIFICATE OF APPEALABILITY

This case is before the court on the magistrate judge's report and recommendation, ECF No. 44.  No objections have been filed.

A defendant may appeal the denial of a § 2255 motion only if the district court or court of appeals issues a certificate of appealability.  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  *Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting out the standards applicable to a § 2254 petition on the merits).  As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "adequate to deserve encouragement to proceed further."

529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* at 484.

The defendant has not made the required showing.  This order thus denies a certificate of appealability.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is denied without prejudice."  The clerk must close the file.

SO ORDERED on July 16, 2016.

> s/Robert L. Hinkle
> United States District Judge